IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-147-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| STACEY TREMAINE JOHNSON ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Lonnie Waddell of the Wilmington Police Department (Federal Bureau of Investigation Task Force Officer).

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on November 20, 2018 be transferred to Lonnie Waddell to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 29 | 12 bindles of heroin |

SO ORDERED this the 20th day of November, 2018.

Louise W. Flanagan
United States District Judge

1

SO ACKNOWLEDGED:

_____
Lonnie Waddell, Case Agent

_____
Tobin W. Lathan, Assistant U.S. Attorney