IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-147-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| STACEY TREMAINE JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

In order that deliberations may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $90.10. The clerk is DIRECTED to pay Domino's Pizza the sum of $90.10.

SO ORDERED, this 21st day of November, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge